UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>AURORA BANK, F.S.B., et al.,<br><br>Defendants. | Case No. 14-cv-05424-JSC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 30, 2015<br>Mediator:  Sharon O'Grady |

IT IS HEREBY ORDERED that the request to excuse defendant Nationstar Mortgage LLC's corporate representative, Crystal David, from appearing in person at the October 30, 2015, mediation before Sharon O'Grady is DENIED.  The court finds that defendant has not made adequate showing that requiring Ms. David to attend the mediation in person would cause her "extraordinary or otherwise unjustifiable hardship" as set forth in ADR L.R. 6-10(d). Accordingly, the request is DENIED and Ms. David shall appear in person at the mediation.

**IT IS SO ORDERED**.

Dated: October 21, 2015

_____
Maria-Elena James
United States Magistrate Judge